UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

2009 SEP 23 PM 1: 17


S.D. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR505-00014-001 |
| | ) | |
| | ) | |
| Rebecca Venson | ) | |

## ORDER

According to the United States Probation Officer's report dated September 22, 2009, the defendant has adjusted well to the rules and regulations at the Residential Reentry Center and has met her residential and employment goals while at the Center.

**THEREFORE, IT IS ORDERED** that the defendant be released from Bannum Place of Savannah, a Residential Reentry Center, on September 25, 2009.

**SO ORDERED**, this 23RD day of September, 2009.

_____
William T. Moore, Jr.
Chief Judge, U.S. District Court